FILED
2016 Jan-15  PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| Roger Miller, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| Bureaus Investment Group Portfolio ) | 7:15-cv-01070-LSC |
| No. 15, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiff, Roger Miller ("Plaintiff"), and the Defendant, Bureaus Investment Group Portfolio No. 15, LLC ("Bureaus"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of the above-styled action, with Plaintiff and Bureaus to bear their own fees, costs and expenses.

Respectfully submitted this the 15th day of January, 2016.

By: **s/ Bradford W. Botes**
Bradford W. Botes, Esquire
Attorney for Plaintiff
Bond, Botes, Reese & Shinn, PC
600 University Park Place, Suite 510
Birmingham, Alabama 35209
Telephone: (205) 802-2200
Email: bbotes@bondnbotes.com

By: **s/ L. Jackson Young, Jr.**
L. Jackson Young, Jr., Esquire
Attorney for Defendant
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama 35242
Telephone: (205) 879-8722
Email: LJY@ffmylaw.com